Order entered November 25, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00146-CV

**PAUL CLARENCE BAILEY, Appellant**

**V.**

**THE LAKE OF PRESTON VINEYARDS HOMEOWNERS ASSOCIATION, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-00927-2012**

## ORDER

The clerk's record has been filed in this appeal and we have received notification that there is no reporter's record. Accordingly, we **ORDER** appellant to file his brief by **DECEMBER 31, 2013**.

/s/     ADA BROWN
        JUSTICE